## SPECIAL CONDITIONS OF RELEASE

Re: Lin, Zhen Shang
No. 2:18-CR-00258-JAM
Date:March 26, 2019

1. **Your release on bond will be delayed until 9:00 am on Wednesday March 27, 2019, at which time you will be released from the custody of the United States Marshals directly to Pretrial Services**;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must reside at your parents, Juan Jin Liu and Li Long Lin's, residence located in New York, New York, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Southern District of New York and the Eastern District of California, for court purposes only, unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case, or submit a declaration of lost passport within 10 days of your release;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must not be involved in any transaction in excess of $5,000, or instruct a third-party to do so on your behalf, unless approved in advance by Pretrial Services.

10. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with co-defendants named in the charging document unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15. **CURFEW:** You must remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.