# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | U.S. v. Heidi Phong, et al.<br>2:18-CR-0258 JAM<br>Arraignment of Defendant Li Juan Wang | Date: | June 4, 2021 |
| To: | **The Honorable Allison Claire** | From: | Roger Yang<br>U.S. Attorney's Office<br>Eastern District of California<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

    The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on June 28, 2021, for the arraignment of Li Juan Wang on the indictment filed on December 13, 2018.

    The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

    Li Juan Wang is currently out of custody and will be self-surrendering on June 28, 2021.