# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number:

2:18-cr-00258-JAM-4

_____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Feng Li
_____.
(Defendant's Name)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 1, 2024 | /s/ N. Allen Sawyer |
| Date: _____ | _____ |
| | Signature |
| | |
| | N. ALLEN SAWYER |
| | _____ |
| | Print Name |

173565
_____
State Bar Number

4578 Feather River Dr., Ste D.
_____
Address

Stockton, CA                                      95219
_____
City                                              Zip Code

(209) 645-0556
_____
Phone Number

allen@allensawyer.com
_____
E-Mail Address

G ~~Appointed~~
G <u>Retained</u>